**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Eileen A. Solomon, | : | Chapter 13 |
| Debtor | : | Case No.: 17-10690-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed October 26, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on October 26, 2017:*

Sharyn Roberts, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jennifer R. Musial, Loan Serv Specialist
Navient Solutions, Inc. c/o ECMC
PO Box 16408
St. Paul, MN 55116-0408

Betsy McCaleb/Authorized Personnel
US Dept of Education c/o FedLoan
PO Box 69184
Harrisburg, PA  17106-9184

*Via Electronic Filing (ECF) on October 26, 2017:*

William C. Miller, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

Matteo Samuel Weiner, Esquire on behalf of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com
Counsel for Debtor

Date:  October 26, 2017