# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10690-AMC

EILEEN A. SOLOMON

332 FIRST AVENUE

PHOENIXVILLE, PA 19460

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EILEEN A. SOLOMON

    332 FIRST AVENUE

    PHOENIXVILLE, PA 19460

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

Date: 1/16/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee