United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eileen A. Solomon  
    Debtor

Case No. 17-10690-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 2     Date Rcvd: Feb 21, 2018  
                   Form ID: pdf900     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.

```
db             +Eileen A. Solomon,    332 First Avenue,    Phoenixville, PA 19460-3773
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
13859308       +Aes/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13859309       +Aes/pheaafrn,    1200 N 7th St,    Harrisburg, PA 17102-1419
13859310       +Aes/wells Fargo,    Po Box 2461,    Harrisburg, PA 17105-2461
13859312        America's Servicing Company,    Attn: Bankruptcy Department,    MAC#D3347-014,
                 3746 Stateview Blvd,    Fort Mill, SC 29715
13859314       +Chase National Payment Services,    PO Box 182223,    Dept. OH1-1272,    Columbus, OH 43218-2223
13859315       +Colavecchi & Colavecchi,    221 E. Market Street, PO Box 131,    Clearfield, PA 16830-0131
13859316       +Credit Acceptance,    25505 W. 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
13903234       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13859317       +Drivehere,    1001 W Ridge Pike,    Conshohocken, PA 19428-1015
13879703        ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
13859318       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
13859319       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13859321       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13859323       +JMMPC Company, Auto Finance,    PO Box 832,    Clearfield, PA 16830-0832
13957863       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13859324       +Medical Data Systems I,    2001 9th Ave,    Suite 312,    Vero beach, FL 32960-6413
13879098        Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
13859327       +Peoples Com,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
13859328       +Santander Consumer Usa,    PO Box 961245,    Fort Worth, TX 76161-0244
13924637        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Feb 22 2018 02:26:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:26:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2018 02:26:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 02:20:55     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13859307       +E-mail/Text: bknotices@conduent.com Feb 22 2018 02:26:54     Acs/wells Fargo,    501 Bleecker St,
                 Utica, NY 13501-2401
13859311       +E-mail/Text: EBNProcessing@afni.com Feb 22 2018 02:26:15     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13859313        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2018 02:34:28     American InfoSource LP,
                 PO Box 268941,    Oklahoma City, OK 73126-8941
13859322        E-mail/Text: cio.bncmail@irs.gov Feb 22 2018 02:25:44     Internal Revenue Serivce,
                 Insolvency Section,    PO Box 21126,    Philadelphia, PA 19114
13859325       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2018 02:26:11     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13859326       +E-mail/PDF: pa_dc_claims@navient.com Feb 22 2018 02:21:36     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13862294       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 02:40:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13859329       +E-mail/Text: bankruptcy@sw-credit.com Feb 22 2018 02:26:12     Southwest Credit Syste,
                 4120 International Parkway,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13859320*      +Fed Loan Serv,    Pob 69184,    Harrisburg, PA 17106-9184
13887538*       Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                   Date Rcvd: Feb 21, 2018
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor Eileen A. Solomon CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
           Al... KMcDonald@blankrome.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
           for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
           2007-HE2 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series
           2007-HE2 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
           Al... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EILEEN A. SOLOMON                              Chapter 13

                    Debtor            Bankruptcy No. 17-10690-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___20th___ day of ___February___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
EILEEN A. SOLOMON

332 FIRST AVENUE

PHOENIXVILLE, PA 19460